LEWIS BRISBOIS BISGAARD & SMITH LLP
CHARLES O. THOMPSON, SB# 139841
 E-Mail: thompsonc@lbbslaw.com
DAVID LUCERO, SB# 253300
 E-Mail: dlucero@lbbslaw.com
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
PSC INDUSTRIAL OUTSOURCING, INC.

E-FILING

Filed
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LisaMarie Brayden, | CASE NO. C08 02045 PVT |
| Plaintiff, | [Removed from Monterey County Superior Court, Case No. M85575] |
| v. | |
| PSC Industrial Outsourcing, Inc., | **CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL** |
| Defendant. | Complaint Filed: August 1, 2007<br>Initial Removal: September 21, 2007<br>Remand Order: February 12, 2008<br>Second Removal: March 17, 2008 |

4817-3544-2434.1

-1-
CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL

**PROOF OF SERVICE**
Brayden v. PSC Industrial Outsourcing, Inc.
U.S.D.C. Case No. _____

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On April 18, 2008, I served the following document(s):

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY JURISDICTION)**

**CIVIL COVER SHEET**

**ADR FORMS, INSTRUCTIONS & ORDERS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES**

**DECLARATION OF CHARLES O. THOMPSON IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**

**DECLARATION OF DAVID A. LUCERO IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**

**CERTIFICATE OF INTERESTED PARTIES, LOCAL RULE 3-16**

**CERTIFICATE OF SERVICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Peter N. Lamberto<br>Lamberto & Kreger<br>160 West Santa Clara, Suite 1050<br>San Jose, CA 95113<br>Telephone: 408-999-0300<br>Fax: 408-999-0301 | *Attorneys for Plaintiff LisaMarie Brayden* |

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]   Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

4817-3544-2434.1

CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2  Executed on April 18, 2008, at San Francisco, California.

*[signature: Sandra Mack]*

Sandra Mack

4817-3544-2434.1

CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL