```
1  PETER N. LAMBERTO, State Bar No. 061813
   LAMBERTO & KREGER
2  160 West Santa Clara, Suite 1050
   San Jose, CA 95113-2311
3  Telephone: (408) 999-0300
   Facsimile: (408) 999-0301
4
   Attorneys for Plaintiff LisaMarie Brayden
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIE BRAYDEN | Case No. **5:08-cv-02045-PVT** |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| PSC INDUSTRIAL OUTSOURCING, INC., MARK BLANCHARD, JOE HAMBY, BRUCE ROBINSON, AND DOES 1-50 AND DOES 1-50, | |
| Defendants. / | |

Plaintiff/Claimant LISAMARIE BRAYDEN hereby demands a jury trial in the above-entitled matter.

Dated: April 23, 2008         LAMBERTO & KREGER


                              By: _____
                                  PETER N. LAMBERTO
                                  Attorneys for Plaintiff LISAMARIE
                                  BRAYDEN

DECLARATION OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, California, in which county the within-mentioned mailing occurred, and not a party to the subject cause. My business address is 160 West Santa Clara, Suite 1050, San Jose, California 95113. On April 23, 2008, I caused to be served the attached **Demand for Jury Trial** on the parties in said cause as follows:

Charles O. Thompson
Lewia Brisbois Bisgaard & Smith, LLP
One Sansome St., Suite 1400
San Francisco, CA 94104

[ xx ]  (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[    ]  (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[    ]  (BY OVERNIGHT DELIVERY)  I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[    ]  (BY FACSIMILE)  I served the parties listed on the attached service list by facsimile on the fax numbers listed below each of the parties.

[    ]  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ xx ]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2008, at San Jose, California.

/S/
_____
Peter Lamberto